# Order

**Lansing, Michigan**

December 14, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155204(59)

Rehearing No. 622

MICHIGAN OPEN CARRY, INC. and
KENNETH HERMAN,
      Plaintiffs-Appellants,

v

                                            SC: 155204
                                            COA: 329418

CLIO AREA SCHOOL DISTRICT, FLETCHER
SPEARS, III, and KATRINA MITCHELL,            Genesee CC: 15-104373-CZ
      Defendants-Appellees.
_____/

      On order of the Court, the motion for rehearing is considered, and it is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

December 14, 2018



d1212                                                         Clerk